COM.

v.

BLOODSAW, L.

3101 EDA 2016

Superior Court of Pennsylvania.

08/21/2017

CP–51–CR–0012106–2015 (Philadelphia)

Affirmed

COM.

v.

MEDELO, E.

3335 EDA 2016

Superior Court of Pennsylvania.

08/21/2017

CP–39–CR–0003579–2012 (Lehigh)

Affirmed—Application to Withdraw as Counsel Granted

COM.

v.

BALLOW, J.

3158 EDA 2016

Superior Court of Pennsylvania.

08/21/2017

CP–51–CR–0808251–2005 (Philadelphia)

Affirmed

COM.

v.

KINDLER, J.

3339 EDA 2016

Superior Court of Pennsylvania.

8/21/2017

CP–51–CR–0827471–1982 (Philadelphia)

Affirmed